| Form **4564** (Rev. September 2006) | Department of the Treasury -- Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|
| To: *(Name of Taxpayer and Company Division or Branch)*<br>CSW Consulting<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Initial Request | |
| | SAIN number | Submitted to:<br>CSW Consulting |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201312; 201412; 201512

The information requested below pertains to the examination of Form 1120S for the tax year 2013, 2014, and 2015. Provide copies of the following for each year:

1. Articles of Incorporation with any recorded minutes
2. Form 1120S including all scheduled K-1s.
3. Reconciliation of all Shareholder capital accounts and basis
4. Profit & Loss Statement and Balance Sheet
5. Chart of Accounts
6. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
7. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
8. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
9. METRC annual sales report
10. Colorado state sales tax returns
11. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
12. Bank reconciliations with monthly bank statements available during appointment
13. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
14. Accountant's workpapers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance.
    ii. Year-end Adjusting Journal Entries and Closing Entries
    iii. Year-end Bank Reconciliation's
15. Audited financials, if any.
16. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

Any other documents, records or information which may be helpful to explain your tax return and expedite the examination

| Information due by   08/28/2017 | At next appointment [X]   Mail in [ ] | | |
|---|---|---|---|
| From: | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>08/03/2017 |
| | Office Location:   56 Inverness Dr East<br>MS 4161 DH<br>Englewood, CO 80112 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K        www.irs.gov        Part 1 - Taxpayer's File Copy        Form **4564** (Rev. 9-2006)

# EXHIBIT 3