| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>CSW Consulting | Subject<br>Additional Items Requested |
|---|---|
| | SAIN number / Submitted to: CSW Consulting |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):   201312; 201412; 201512; 201612

For years 2013, 2014, and 2015 please provide a copy of the METRC Transfers Report

Please provide copies of the following items for use in the examination of your 2016 federal return:

1. Reconciliation of all Shareholder capital accounts and basis
2. Profit & Loss Statement and Balance Sheet
3. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
4. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
5. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
6. METRC annual sales report & transfers report
7. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
8. Bank reconciliations with monthly bank statements available during appointment
9. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
10. Accountant's workpapers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance.
    ii. Year-end Adjusting Journal Entries and Closing Entries
    iii. Year-end Bank Reconciliation's
11. Audited financials, if any.
12. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

Please note that several items from previous IDRs are still outstanding such as a complete General Ledger, METRC sales records, COGS Calculations under Tres. Reg. 1.471-11, etc. Please provide these items as soon as possible.

Information due by 01/17/2018      At next appointment [X]    Mail in [ ]

From:
| Name and Title of Requester | Employee ID number | Date (mmddyyyy) |
|---|---|---|
| David Hewell, Revenue Agent | 08-98924 | 12/19/2017 |
| Office Location: 12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | Phone: 720-956-4675<br>Fax: 888-765-1496 | |

Catalog Number 23145K      www.irs.gov      Part 2 - To be Returned by Taxpayer with Reply      Form **4564** (Rev. 9-2006)

# EXHIBIT 5