INTERNAL REVENUE SERVICE 

FAX TRANSMISSION
Cover Sheet

Date: __January 17, 2018__

**To:** __James Thorburn__

Address/Organization: _____

Fax Number: __(303) 325-3489__     Office Number: _____

**From:** __Hewell David__

Address/Organization: _____

Fax Number: __(888) 765-1496__     Office Number: _____

Number of pages: | 1 |  *Including cover page*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subject: Immunity Request


James Thorburn,

In response to your letter which was hand delivered on 01/17/2018 during our meeting regarding CSW Consulting which requested immunity from prosecution under federal criminal drug laws, the IRS will not be pursuing such an arrangement in this examination. The request is denied.

David Hewell, CFE
IRS Revenue Agent
ph. 720-956-4675 fx. 888-765-1496
12600 W. Colfax Ave. C-300
Lakewood, CO 80215
<><

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code.  If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

**EXHIBIT 7**