

| Home | The System | Support | RFID | Media | Customers | Contact | [ log in ] |

# The System

Franwell is extremely excited about metrc being the system of record for the protection of both the public and support of the governing bodies in charge of this rapidly growing industry. Franwell believes that only through the harvest and use of quality data can municipalities and the public at large feel confident to take the next steps on the road to complete and fair regulation industry wide.

Metrc has both an industry side and regulatory side. The industry side is used to report the required events and information while the regulatory side is used for enforcement and compliance monitoring. Franwell believes that Metrc can be the primary tool for fighting against diversion and illegal use and purchase of cannabis.

**Regulatory features**

- Supports marijuana "regulations" with technology to prevent and monitor drug diversions
- Promotes public safety and patient product safety with traceability
- Addresses medical marijuana "diversion" from a "state mandated" position
- Creates a vertically integrated "closed-loop" medical marijuana regulatory scheme which stems, in part, from the landmark 2005 California case, Gonzales vs. Raich (If you can demonstrate a closed loop, in which no marijuana crosses state borders, it strengthens against federal intervention)
- By the use of RFID (Radio Frequency Identification) technology combined with serialized item tracking, the system creates an "end to end" surveillance system where the municipality has real-time visibility at any given time into the "inventory" at all the locations (does not rely on audits for tracking)
- Central control of security through RFID secure tag ID
- Captures perpetual inventory quantities for each entity
- Provides an inspection process with the tools necessary to complete onsite validation of inventory with audit capability and anti-piracy safeguards
- Supports the auditing process from a series of exception reports
- Provides the industry with the means to report required inventories with minimal cost and investment - can remain cost neutral to the regulatory body.
- The system maintains a secure reporting environment for each industry participant.  Each participant can access their own data but no other participants' data.  The regulator has access to all industry participants data
- The system provides for a real time digital transport manifest giving access to law enforcement enabling them to quickly discover illegal activity during transportation
- Tracks transfers between licensed premises
- Allows regulatory users to view all licensee activities captured in the system
- Creates audit trails and tools for assessing risk and channeling resources more efficiently (e.g. system notifications and reporting)
- Creates a industry database of analytical information to establish trends and benchmarks for marijuana production
- Allows criminal investigators to streamline field enforcement and compliance activities associated with licensees
- Provides aggregate data regarding cultivation, production, transportation and sales of marijuana within the regulated model
- Secure web hosted solution scaling to thousands of credentialed users

**Marijuana Enforcement Tracking Reporting Compliance**



Metrc is first and foremost a regulatory compliance system, unlike any application on the market. Built by regulators specifically for oversight; Metrc provides the necessary visibility for adherence to rules, regulations and statues.

- Rules-based alerts
- Chain of custody
- Process metrics
- Credentialing
- Transfer manifesting
- Event level monitoring date and time stamping
- Highly secure RFID tags
- Notifications
- Trend analysis
- Auditing / Inspections using RFID
- Investigations
- Enforcement support
- Seek and find capability
- Plant, Harvest, & Package tracking
- Activity of licensed employees
- Lab testing (automatic on-hold & real-time results)
- Buy Card "using RFID" (validation, authentication, & amount verification)
- Registries and licensing for (Businesses, Facilities, Users, Employees, Patients, Buyers, Physicians, Strains, & Items)
- Help Desk
- Many Reports & SSRS support

And more....



Metrc_Snapshot_v1.0.pdf

**IT Components Parts**

Metrc is a web-based solution made up of a browser interface and a mobile application for both the industry and regulatory users.  The backend is a series of secure Web Services, Database and an API.  Each regulatory body can decide whether to allow external systems the use of an API to pull data on a secure validated connection.  Finally, the regulatory body can use the reporting engine to build adhoc reports based on their individual needs.

EXHIBIT 8





Support Line Schedule:
- Monday - Friday 8am-7pm MT
- Saturday 8am-6pm MT
1-877-566-6506
support@metrc.com

© 2016 by Franwell