IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-mc-00030-PAB

CSW CONSULTING, Inc., a Colorado corporation;
COLORADO COLITAS, LLC, d/b/a HERBAL
REMEDIES, a Colorado limited liability company;
and CARL S. WEMHOFF,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

## UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION TO DISMISS PETITION AND ENFORCE SUMMONSES

The United States moves the Court for permission to exceed, by five pages, the 15-page limit applicable to motions, set forth in section III.A. of the Court's Practice Standards. The United States seeks this relief with respect to its forthcoming Motion to Dismiss Petition and Enforce Summonses, which, if the Court permits, will not exceed 20 pages. Pursuant to D.C.COLO. LCivR 7.1(b), counsel for the United States has conferred with counsel for Petitioners, who do not oppose the relief sought here.

In support of this motion, the United States avers as follows:

1. On February 2, 2018, Petitioners filed their Petition to Quash Summonses. The Petition seeks to quash three summonses the IRS issued in connection with the audits of a business that traffics in marijuana, which is a federally controlled substance, and the business's owner. Petitioners' effort is part of an ongoing campaign to prevent the IRS from enforcing 26 U.S.C. § 280E, which denies tax deductions associated with trafficking in controlled substances.

2.       The Petition consists of 26 pages.  It makes several arguments in both the factual and argument sections, including statutory, constitutional, and procedural arguments, and cites a variety of cases.  Through these arguments, Petitioners challenge the IRS's broad information-gathering authority under 26 U.S.C. § 7602.  They seek to establish a precedent that would have far-reaching consequences.

3.       The United States thus needs to address each of the arguments Petitioners make.  To do so, even in the most succinct manner, through a comprehensive brief that includes a concise factual statement and concise statement of the relevant standard for a motion to enforce summonses, the United States needs an additional five pages beyond the Court's 15-page limit for such motions.

WHEREFORE, the United States respectfully requests permission to exceed the 15-page limit by five pages with respect to its forthcoming Motion to Dismiss Petition and Enforce Summonses, which would not exceed 20 pages.

Dated:  March 16, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Of Counsel:*
ROBERT C. TROYER
United States Attorney

*Attorneys for United States of America*

CERTIFICATE OF SERVICE

     I hereby certify that on March 16, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

    James David Thorburn (jthorburn@thorburnwalker.com)
    Richard Allan Walker (rwalker@thorburnwalker.com)
    Thorburn Walker LLC
    5460 South Quebec Street, Suite 330
    Greenwood Village, Colorado 80111

*Counsel for Petitioners*

                                              */s/ Charles J. Butler*
                                              CHARLES J. BUTLER
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice