# EXHIBIT A

DR 0100 (06/18/14)
**COLORADO DEPARTMENT OF REVENUE**
Denver, CO 80261-0013
*www.TaxColorado.com*

# Colorado Retail Sales Tax Return

| Last Name or Business Name COLORADO COLITAS LLC | | First Name | | | Middle Initial |
|---|---|---|---|---|---|
| Address | | City | | State | Zip **0021-101** |
| Phone | | 1. Gross Sales and Services for this site/location only (include bad debts previously deducted) | | | (1-4) 138860 |
| Colorado Account Number | Period (MM/YY MM/YY) 9/30/2015 | 2. Deductions (nontaxed sales): a. Sales to other licensed dealers, for resale | | | (2a-4) 0 |
| Due Date (MM/DD/YY) 10/20/2015 | Location/Juris Code 042761360000 | b Other deductions (from page 2) | | | (2b-4) 0 |
| Mark here if this is an Amended Return | | c. Total (add lines 2a & 2b) | | | 0 |

| | County/MTS | City/LID | Special District | State |
|---|---|---|---|---|
| 3. Net sales (line 1 minus line 2c) | (3-1) 138860 | (3-2) 138860 | (3-3) 138860 | (3-4) 138860 |
| a Sales out of taxing area | (3a-1) 0 | (3a-2) 0 | (3a-3) 0 | (3a-4) 0 |
| b Exemptions (list on page 2) | (3b-1) 0 | (3b-2) 0 | (3b-3) 0 | (3b-4) 0 |
| c. Overpayment from previous return | (3c-1) 0 | (3c-2) 0 | (3c-3) 0 | (3c-4) 0 |
| 4. Net taxable sales (line 3 minus a,b,& c) | 0 | 0 | 138860 | 138860 |
| Tax Rate | 0 | 0 | 0.011 | 0.029 |
| 5. Amount of sales tax | 0 | 0 | 1527 | 4027 |
| 6 Excess tax collected | (6-1) 0 | (6-2) 0 | (6-3) 0 | (6-4) 0 |
| 7. Total (add lines 5 & 6) | 0 | 0 | 1527 | 4027 |
| 8. a Service fee rate | 0 | 0 | 0.0333 | 0.0333 |
| b Service fee allowed vendor (only if paid on or before due date) | (8-1) 0 | (8-2) 0 | (8-3) 51 | (8-4) 134 |
| 9. Sales tax due (line 7 minus line 8b) | 0 | 0 | 1476 | 3893 |
| 10. Tax on $ 0 | (10-1) 0 | (10-2) 0 | (10-3) | |
| 11. Total tax due (add lines 9 & 10) | (11-1) 0 | (11-2) 0 | (11-3) | |
| 12. Penalty: | (12-1) 0 | (12-2) 0 | (12-3) | |
| 13. Monthly interest rate times line 11 .0025 | (13-1) 0 | (13-2) 0 | (13-3) | |
| 14. Total each tax (add lines 11, 12 & 13) | 0 | 0 | | |

The State may convert your check to a one time electronic banking transaction. Your bank account may be debited as early as the same day received by the State. If converted, your check will not be returned. If your check is rejected due to insufficient or uncollected funds, the Department of Revenue may collect the payment amount directly from your bank account electronically.

**15. Total Amount Owed** (add all columns on line 14)

# EXHIBIT B



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
IRS 56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

CSW Consulting
4465 W 94th Ave
Westminster CO 80030

**Date:**
July 18, 2017
**Taxpayer Identification Number:**
‹

**Form:**
1120S
**Tax period(s):**
December 31, 2013

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

Dear CSW Consulting:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**

Please call me on or before July 28, 2017. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**

You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by July 28, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
IRS 56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

CSW Consulting
4465 W 94th Ave
Westminster CO 80030

**Date:**
July 18, 2017
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2014

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

Dear CSW Consulting:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**

Please call me on or before July 28, 2017. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**

You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by July 28, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P



**Department of the Treasury
Internal Revenue Service
Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

CSW Consulting
4465 W 94th Ave
Westminster CO 80030

**Date:**
July 18, 2017
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2015

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

Dear CSW Consulting:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before July 28, 2017. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by July 28, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# EXHIBIT C



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

CSW Consulting
4465 W 94th Ave
Westminster CO 80030

**Date:**
August 3, 2017
**Taxpayer ID number (last 4 digits):**
1562
**Taxpayer name:**
CSW Consulting
**Tax form:**
1120S
**Tax periods:**
201312      201412      201512
**Person to contact:**
David Hewell
**Employee ID number:**
08-98924
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496

Dear CSW Consulting:

This letter confirms the following appointment that we scheduled during our telephone conversation on August 3, 2017.

**Appointment Information**

Location: 5460 S. Quebec St. Suite 310
Greenwood Village, CO 80111

Date: August 28, 2017
Time: 9:00 AM

## What is the Purpose of the Appointment

The purpose of our first meeting is to understand your business operations and policies and to begin the examination process. We will discuss specific examination procedures, such as communication methods, response times and other general expectations. As we discussed, please have the items listed on the attached Form 4564, *Information Document Request*, available at our first appointment.

## Someone May Represent You

You may have someone represent you during any part of this examination. If you want someone to represent you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative*, at our first appointment.

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from our office, from our web site at www.irs.gov, or by calling 1-800-829-3676. If you decide that you wish to get representation after the examination has started, we will delay further examination activity until you can secure representation.

## Your Rights As A Taxpayer

We have enclosed Publication 1, *Your Rights as a Taxpayer*, and Notice 609, *Privacy Act Notice*. We encourage you to read the Declaration of Taxpayer Rights found in Publication 1. This publication discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

**Letter 3253 (Rev. 10-2016)**
Catalog Number 28278E



A video presentation, "Your Guide to an IRS Audit", is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Please contact me if you have any questions you would like to discuss.

Thank you for your cooperation.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Form 4564
Publication 1
Notice 609

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0001 |
|---|---|---|

To: *(Name of Taxpayer and Company Division or Branch)*
CSW Consulting

Please return Part 2 with listed documents to requester identified below

| Subject Initial Request |
|---|

| SAIN number | Submitted to: CSW Consulting |
|---|---|
| | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201312; 201412; 201512

The information requested below pertains to the examination of Form 1120S for the tax year 2013, 2014, and 2015. Provide copies of the following for each year:

1. Articles of Incorporation with any recorded minutes
2. Form 1120S including all scheduled K-1s.
3. Reconciliation of all Shareholder capital accounts and basis
4. Profit & Loss Statement and Balance Sheet
5. Chart of Accounts
6. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
7. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
8. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
9. METRC annual sales report
10. Colorado state sales tax returns
11. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
12. Bank reconciliations with monthly bank statements available during appointment
13. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
14. Accountant's workpapers regarding:
    i.    Year-end worksheet reconciling books to return, including working trial balance.
    ii.   Year-end Adjusting Journal Entries and Closing Entries
    iii.  Year-end Bank Reconciliation's
15. Audited financials, if any.
16. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

Any other documents, records or information which may be helpful to explain your tax return and expedite the examination

| Information due by   08/28/2017 | At next appointment   [X]    Mail in   [ ] | | |
|---|---|---|---|
| From: | Name and Title of Requester David Hewell, Revenue Agent | Employee ID number 08-98924 | Date (mmddyyyy) 08/03/2017 |
| | Office Location:   56 Inverness Dr East MS 4161 DH Englewood, CO 80112 | | Phone: 720-956-4675 Fax: 888-765-1496 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

# EXHIBIT D

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
IRS  56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

CARL S WEMHOFF
4465 W 94TH AVE
WESTMINSTER  CO  80031-3160

**Date:**
August 14, 2017
**Taxpayer Identification Number:**

**Form:**
1040
**Tax period(s):**
December 31, 2013

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Dear  CARL S WEMHOFF:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**

Please call me on or before August 22, 2017.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**

You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 22, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

CARL S WEMHOFF
4465 W 94TH AVE
WESTMINSTER CO 80031-3160

Date:
August 14, 2017
Taxpayer Identification Number:
:
Form:
1040
Tax period(s):
December 31, 2014

Person to contact:
David Hewell
Contact telephone number:
720-956-4675
Contact fax number:
888-765-1496
Employee Identification number:
08-98924

Dear CARL S WEMHOFF:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 22, 2017. You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice.* The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 22, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

CARL S WEMHOFF
4465 W 94TH AVE
WESTMINSTER  CO  80031-3160

Date:
August 14, 2017
Taxpayer Identification Number:

Form:
1040
Tax period(s):
December 31, 2015

Person to contact:
David Hewell
Contact telephone number:
720-956-4675
Contact fax number:
888-765-1496
Employee Identification number:
08-98924

Dear CARL S WEMHOFF:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 22, 2017.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 22, 2017.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# EXHIBIT E

| Form **4564** (Rev. September 2006) | Department of the Treasury -- Internal Revenue Service **Information Document Request** | Request Number **0002** |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* CSW Consulting | Subject Additional Request | |
|---|---|---|

| | SAIN number | Submitted to: CSW Consulting |
|---|---|---|

*Please return Part 2 with listed documents to requester identified below*

Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):   201312; 201412; 201512

There are still several items that have not been provided from the original IDR. Please provide them as soon as possible as these items are delinquent.

Additionally, please provide copies of the following items:

- A detailed explanation of all the cost listed under Cost of Good Sold and how they are related to the production and sale of marijuana, and how they would qualify under Tres. Reg. 1.471-11
- A copy of your filed 2016 federal tax return

Information due by   10/06/2017          At next appointment   [X]   Mail in [ ]

| From: | Name and Title of Requester David Hewell, Revenue Agent | Employee ID number 08-98924 | Date (mmddyyyy) 09/27/2017 |
|---|---|---|---|
| | Office Location:   12600 W Colfax Ave Suite c300 MS 4161 DH Lakewood, CO 80215 | | Phone: 720-956-4675 Fax: 888-765-1496 |

Catalog Number 23145K      www.irs.gov      Part 3 - Requester's File Copy

Form **4564** (Rev. 9-2006)

# EXHIBIT F



**Department of the Treasury**
**Internal Revenue Service**
Small Business and Self-Employed
12600 W Colfax Ave Suite c300
MS 4161 DH
Lakewood CO 80215

**Date:**
December 19, 2017
**Taxpayer ID number (last 4 digits):**
1562
**Tax year:**
December 31, 2016
**Form number:**
1120S
**Person to contact:**
David Hewell
**Employee ID number:**
08-98924
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496

CSW Consulting
4465 W 94th Ave
Westminster CO 80030

### Confirmation

Dear CSW Consulting:

This letter is provided to confirm an appointment to examine your federal income tax return for the year(s) shown above.

Place: 5460 S Quebec St. Suite 310          Date: January 17, 2018
       Greenwood Village, CO 80111

                                     Time: 9:00   AM

**What to expect at the examination**

The examination is scheduled to last approximately    8    hours. During the examination, I will review the items requested in the Information Document Request previously sent to you. It is important that you bring all the items listed on the Information Document Request to the appointment. My goal is to complete your examination at the initial meeting. However, depending on the results of this initial meeting and the supporting items you provide, I may ask you to provide additional items and/or schedule a follow-up meeting. At the completion of the examination, you may owe additional tax, be due a refund, or there may be no change to your return.

A video presentation, "Your Guide to an IRS Audit", is available at **http://www.irsvideos.gov/audit**. The video explains the examination process and will assist you in preparing for your audit.

**Who may come to the examination**

If you filed a joint return, you and/or your spouse may attend. You may also have someone represent you at the examination. If you will not attend with your representative, you must provide a completed Form 2848, *Power of Attorney,* or Form 8821, *Tax Information Authorization,* by the start of the examination. You can obtain these forms from our office, from our web site, www.irs.gov, or by calling (800) 829-3676.

**Letter 3573 (Rev. 1-2017)**
Catalog Number 34403N

**What will happen if you do not keep the appointment**

If you do not keep your appointment or provide the requested records, we will issue an examination report showing additional tax due. Therefore, it is to your advantage to keep your appointment and provide the records. If you are uncertain about the records needed or the examination process, please do not hesitate to call the phone number listed above.

Sincerely,

David J. Hewell
Revenue Agent

Enclosures:

IDR

**Letter 3573 (Rev. 1-2017)**
Catalog Number 34403N

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

To: *(Name of Taxpayer and Company Division or Branch)*
CSW Consulting

*Please return Part 2 with listed documents to requester identified below*

| Subject Additional Items Requested | |
|---|---|
| SAIN number | Submitted to: CSW Consulting |
| Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201312; 201412; 201512; 201612

For years 2013, 2014, and 2015 please provide a copy of the METRC Transfers Report

Please provide copies of the following items for use in the examination of your 2016 federal return:

1. Reconciliation of all Shareholder capital accounts and basis
2. Profit & Loss Statement and Balance Sheet
3. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
4. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
5. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
6. METRC annual sales report & transfers report
7. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
8. Bank reconciliations with monthly bank statements available during appointment
9. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
10. Accountant's workpapers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance.
    ii. Year-end Adjusting Journal Entries and Closing Entries
    iii. Year-end Bank Reconciliation's
11. Audited financials, if any.
12. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

Please note that several items from previous IDRs are still outstanding such as a complete General Ledger, METRC sales records, COGS Calculations under Tres. Reg. 1.471-11, etc. Please provide these items as soon as possible.

| Information due by—01/17/2018 | At next appointment [X] Mail-in [ ] | |
|---|---|---|
| From: | Name and Title of Requester David Hewell, Revenue Agent | Employee ID number 08-98924 | Date (mmddyyyy) 12/19/2017 |
| | Office Location:   12600 W Colfax Ave Suite c300 MS 4161 DH Lakewood, CO 80215 | | Phone: 720-956-4675 Fax: 888-765-1496 |

Catalog Number 23145K        www.irs.gov        Part 3 - Requester's File Copy        Form **4564** (Rev. 9-2006)

# EXHIBIT G



**Department of the Treasury**
**Internal Revenue Service**
Small Business and Self-Employed
12600 W Colfax Ave Suite c300
MS 4161 DH
Lakewood CO 80215

CARL S WEMHOFF
4465 W 94TH AVE
WESTMINSTER CO 80031-3160

**Date:**
December 19, 2017
**Taxpayer ID number (last 4 digits):**

**Tax year:**
December 31, 2014 through 2016
**Form number:**
1040
**Person to contact:**
David Hewell
**Employee ID number:**
08-98924
**Contact telephone number:**
720-956-4675
**Contact fax number:**
888-765-1496

## Confirmation

Dear CARL S WEMHOFF:

This letter is provided to confirm an appointment to examine your federal income tax return for the year(s) shown above.

Place: 5460 S. Quebec St. Suite 310            Date: January 17, 2018
       Greenwood Village, CO 80111

                                              Time: 9:00   AM

### What to expect at the examination

The examination is scheduled to last approximately     8     hours. During the examination, I will review the items requested in the Information Document Request previously sent to you. It is important that you bring all the items listed on the Information Document Request to the appointment. My goal is to complete your examination at the initial meeting. However, depending on the results of this initial meeting and the supporting items you provide, I may ask you to provide additional items and/or schedule a follow-up meeting. At the completion of the examination, you may owe additional tax, be due a refund, or there may be no change to your return.

A video presentation, "Your Guide to an IRS Audit", is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

### Who may come to the examination

If you filed a joint return, you and/or your spouse may attend. You may also have someone represent you at the examination. If you will not attend with your representative, you must provide a completed Form 2848, *Power of Attorney,* or Form 8821, *Tax Information Authorization,* by the start of the examination. You can obtain these forms from our office, from our web site, www.irs.gov, or by calling (800) 829-3676.

**Letter 3573 (Rev. 1-2017)**
Catalog Number 34403N

**What will happen if you do not keep the appointment**

If you do not keep your appointment or provide the requested records, we will issue an examination report showing additional tax due. Therefore, it is to your advantage to keep your appointment and provide the records. If you are uncertain about the records needed or the examination process, please do not hesitate to call the phone number listed above.

Sincerely,

David J. Hewell
Revenue Agent

Enclosures:

IDR

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>CARL S WEMHOFF | Subject<br>Initial Document Request | |
|---|---|---|
| | SAIN number | Submitted to:<br>CARL S WEMHOFF |
| Please return Part 2 with listed documents to requester identified below | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s): 201312; 201412; 201512; 201612

In the examination of your federal tax return for the years 2013, 2014, 2015, & 2016, please provide copies of the following:

1. Banking statements, both personal and business, from December 01, 2012 through January 31, 2017

In regards to your business CSW Consulting, AKA Colorado Colitas LLC, DBA Herbal Remedies, the following items are still outstanding from prior request regarding the federal examination of 2013, 2014, and 2015 years. Please provide copies:

1. Articles of Incorporation with any recorded minutes
2. Reconciliation of all Shareholder capital accounts and basis
3. A complete General Ledger for all years (The one provided is redacted and incomplete)
4. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
5. METRC annual sales report
6. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
7. Bank reconciliations with monthly bank statements available during appointment
8. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.

In regards to your business CSW Consulting, AKA Colorado Colitas LLC, DBA Herbal Remedies please provide the following for use in the examination of the 2016 year:

1. Reconciliation of all Shareholder capital accounts and basis
2. Profit & Loss Statement and Balance Sheet
3. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
4. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
5. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports

| Information due by 01/17/2018 | | At next appointment [X]   Mail in [ ] | |
|---|---|---|---|
| From: | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-9B924 | Date (mmddyyyy)<br>12/19/2017 |
| | Office Location: 12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K     www.irs.gov     Part 3 - Requester's File Copy     Form **4564** (Rev. 9-2006)

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>CARL S WEMHOFF | Subject<br>Initial Document Request |
|---|---|

| *Please return Part 2 with listed documents to requester identified below* | SAIN number | Submitted to:<br>CARL S WEMHOFF |
|---|---|---|
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201312; 201412; 201512; 201612

6. METRC annual sales report
7. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
8. Bank reconciliations with monthly bank statements available during appointment
9. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
10. Accountant's workpapers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance.
    ii. Year-end Adjusting Journal Entries and Closing Entries
    iii. Year-end Bank Reconciliation's
11. Audited financials, if any.
12. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

| Information due by   01/17/2018 | | At next-appointment  [X]   Mail in  ☐ | |
|---|---|---|---|
| **From:** | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>12/19/2017 |
| | Office Location:   12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K      www.irs.gov      Part 3 - Requester's File Copy                    Form **4564** (Rev. 9-2006)

# EXHIBIT H

# THORBURN | WALKER LLC

5460 South Quebec Street, Suite 310                          Telephone                (303) 646-3482
Greenwood Village, Colorado 80111                           Facsimile                (303) 325-3489
Website  *www.thorburnwalker.com*                           E-Mail      jthorburn@thorburnwalker.com

January 17, 2018

David Hewell
Internal Revenue Agent
12600 W Colfax Ave Suite c300
MS 4161 DH
Lakewood, CO 80215

　　　　RE:　　CSW Consulting and Carl Wemhoff Audits

Dear Mr. Hewell,

　　　　We understand that you are seeking METRC information to determine whether 26 U.S.C.
Section 280E applies to the case at hand. To that end, it has become clear that a substantial portion of
your inquiry is whether the Taxpayer "purchased or sold marijuana".

　　　　We are certain that you are aware that the evidence you are demanding of the growing/selling
of marijuana would be the same evidence that would "convict overwhelmingly" under federal criminal
drug laws should this information be shared with the Department of Justice and prosecution ensue.
Nevertheless, you are demanding this potentially incriminating information purportedly to determine
the correct tax. Our understanding of 26 U.S.C. Section 6103 would make this information available
to the Department of Justice for the asking. Under these circumstances, the Taxpayer must either decide
to forego Fifth Amendment privilege or produce potentially incriminating evidence.

　　　　In order to resolve this issue, in accordance with *Marchetti v. United States,* 390 U.S. 39 (1968)
and *Counselman v. Hitchcock,* 142 U.S. 547 (1892), we request that the government provide the
Taxpayer with absolute immunity from prosecution under federal criminal drug laws. It is only in this
manner can the government compel the information you are seeking. If absolute immunity is not
granted to the Taxpayer, there will be a full claim of Fifth Amendment privilege.

　　　　Please respond as soon as possible, but no later than ten days after the date of this letter. Thank
you.

　　　　　　　　　　　　Best,

　　　　　　　　　　　　*/s/ James Thorburn*
　　　　　　　　　　　　James Thorburn
　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　Thorburn Walker LLC
　　　　　　　　　　　　5460 S. Quebec Street, Suite 310
　　　　　　　　　　　　Greenwood Village, Colorado 80111
　　　　　　　　　　　　(303) 646-3482
　　　　　　　　　　　　jthorburn@thorburnwalker.com

# EXHIBIT I



# Summons



In the matter of  Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: January 1, 2013 through December 31, 2016

## The Commissioner of Internal Revenue

To:  Colorado Department of Revenue, Marijuana Enforcement Division

At:  Attn: Julie Postlethwait, 1697 Cole Blvd. Ste 200, Lakewood, CO 80401

You are hereby summoned and required to appear before  David J. Hewell

an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff, please provide:

- Copy of the METRC Annual Gross Sales Report for the periods listed above
- Copy of the METRC Transfers Report for the periods listed above
- Copy of the METRC Annual Harvest Report for the periods listed above
- Copy of the METRC Monthly Plants Inventory Report for the periods listed above

for all associated licensees related to the individuals and entities listed.

Contact Revenue Agent David J. Hewell at 720-956-4675 before complying with this summons. In lieu of hard copies, electronic media is acceptable.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, MS-1436DH, 12600 W. Colfax Ave., Lakewood, CO 80215        Telephone: 720-956-4675

**Place and time for appearance at** 12600 W. Colfax Ave., Lakewood, CO 80215

| | |
|---|---|
| **IRS** | on the ____20____ day of ____February____ , ____2018____ at ____9:00____ o'clock ____a____ m. |
| | Issued under authority of the Internal Revenue Code this __18__ (year) day of ____January____ , ____2018____ . (year) |
| Department of the Treasury Internal Revenue Service | Revenue Agent   08-98924 |
| **www.irs.gov** | Signature of issuing officer    Title |
| Form 2039 (Rev. 10-2010) Catalog Number 21405J | Signature of approving officer (if applicable)   Group Manager    Title |
| | **Original — to be kept by IRS** |

# EXHIBIT J



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| Jan 18, 2018 | 8:00 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Colorado Department of Revenue, Marijuana E
Attn: Julie Postlethwalt, 1697 Cole Blvd. Ste 200, Lakewood, CO 80401

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: Jan 18, 2018          Time: 8:00 am

Name of Noticee: CSW Consulting, c/o Carl Wemhoff

Address of Noticee (if mailed): 4465 W. 94th Ave., Westminster, CO 80031

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent    08-98924 |

Form **2039** (Rev. 10-2010)

# EXHIBIT K



# Summons

In the matter of  Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: January 1, 2013 through December 31, 2016

## The Commissioner of Internal Revenue

To:  U.S. Bank National Association

At:  Attn: Legal Dept Subpoena Processing 21st Floor, 800 Nicollet Mall, Minneapolis, MN 55402

You are hereby summoned and required to appear before  David J. Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see the attached sheet

Contact Revenue Agent David J. Hewell at 720-956-4675 if complying with this summons is expected to be over $500. In lieu of hard copies, electronic media is acceptable.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, MS-1436DH, 12600 W. Colfax Ave., Lakewood, CO 80215      Telephone: 720-956-4675

**Place and time for appearance at** 12600 W. Colfax Ave., Lakewood, CO 80215

| | | |
|---|---|---|
| **IRS** | on the ___20___ day of ___February___, ___2018___ at ___9:00___ o'clock ___a___ m. | |
| **Department of the Treasury Internal Revenue Service** | Issued under authority of the Internal Revenue Code this ___18___ day of ___January___, ___2018___ | |
| **www.irs.gov** | _Signature of issuing officer_ | Revenue Agent    08-98924 |
| | | Title |
| Form 2039 (Rev. 10-2010) Catalog Number 21405J | _Signature of approving officer (if applicable)_ | Group Manager |
| | | Title |
| | | Original — to be kept by IRS |

Attachment to Form 2039
SUMMONS

In the matter of Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff, taxpayer identification number 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 and mailing address of 4465 W 94th Ave, Westminster, CO 80031, please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2016 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence



# Summons

In the matter of  Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wernhoff

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: January 1, 2013 through December 31, 2016

## The Commissioner of Internal Revenue

To:  Wells Fargo Bank N.A.

At:  MAC S4001-01F, PO Box 29728, Phoenix, AZ 85038

You are hereby summoned and required to appear before  David J. Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see the attached sheet

Contact Revenue Agent David J. Hewell at 720-956-4675 if complying with this summons is expected to be over $500. In lieu of hard copies, electronic media is acceptable. Contact email: david.hewell@irs.gov

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

Internal Revenue Service, MS-1436DH, 12600 W. Colfax Ave., Lakewood, CO 80215          Telephone: 720-956-4675

**Place and time for appearance at** 12600 W. Colfax Ave., Lakewood, CO 80215

| | | |
|---|---|---|
| **IRS** | on the _20_ day of _February_ , _2018_ at _9:00_ o'clock _a_ m. | |

on the _20_ day of _February_ , _2018_ at _9:00_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _18_ _(year)_ day of _January_ , _2018_ _(year)_

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

_Signature of issuing officer_

Revenue Agent   08-98924
                          Title

_Signature of approving officer (if applicable)_

Group Manager
                Title

Original — to be kept by IRS

Attachment to Form 2039
SUMMONS

In the matter of Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff, taxpayer identification number 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 and mailing address of 4465 W 94th Ave, Westminster, CO 80031, please provide:

1. All bank records in your possession or control for January 1st, 2013 through December 31st, 2016 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Colorado Colitas LLC, CSW Consulting, DBA Herbal Remedies, and Carl S. Wemhoff, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence

# EXHIBIT L



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| Jan 18, 2018 | 9:00 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Wells Fargo Bank N.A.

MAC S4001-01F, PO Box 29728, Phoenix, AZ 85038

| Signature | Title |
|-----------|-------|
|  | Revenue Agent 08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: Jan 18, 2018          Time: 8:00 am

Name of Noticee: CSW Consulting, c/o Carl Wemhoff

Address of Noticee (if mailed): 4465 W. 94th Ave., Westminster, CO 80031

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent 08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent 08-98924 |



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| Jan 18, 2018 | 8:00 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:  U.S. Bank National Association
Attn: Legal Dept Subpoena Processing 21st Floor, 800 Nicollet Mall, Minneapolis, MN 55402

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _Jan 18, 2018_        Time: _8:00 am_

Name of Noticee: _CSW Consulting, c/o Carl Wemhoff_

Address of Noticee (if mailed): _4465 W. 94th Ave., Westminster, CO 80031_

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)