IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-mc-00030-PAB

CSW Consulting, Inc., a Colorado
corporation; Colorado Colitas, LLC,
d/b/a Herbal Remedies, a Colorado
limited liability company; and,
Carl S. Wemhoff, an individual.

Petitioners,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

Respondent.

_____

**PETITIONERS' RESPONSE TO RESPONDENT'S MOTION TO DISMISS**
_____

PETITIONERS, CSW Consulting, Inc., a Colorado corporation, Colorado Colitas, LLC, d/b/a Herbal Remedies, a Colorado limited liability company, and Carl Wemhoff, an individual, by and through their undersigned attorneys, submit the following response to Respondent's Motion to Dismiss:

Concurrently with this Response, the Petitioner has filed an Amended Petition to Quash. This amended pleading is of right and timely under Fed.R.Civ.P. 15. Thus, this amended petition moots Respondent's motion and no response is necessary. See, e.g., *Barnes v. District of Columbia,* 42 F.Supp. 3d 111, n.1 (D. DC 2014).

WHEREFORE, the Petitioners request that the Court DENY the Motion to Dismiss as moot without prejudice to the Respondent filing a motion to dismiss of the amended petition.

DATED: April 10, 2018

        Respectfully submitted,

        THORBURN WALKER, LLC

        */s/ James D. Thorburn*
        James D. Thorburn
        Attorney for the Petitioners
        5460 South Quebec Street, Suite 310
        Greenwood Village, CO 80111
        (303) 646-3482
        jthorburn@thorburnwalker.com

        */s/ Richard Walker*
        Richard Walker
        Attorney for the Petitioners
        5460 South Quebec Street, Suite 310
        Greenwood Village, CO 80111
        (303) 646-3482
        rwalker@thorburnwalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, I electronically filed the above and foregoing using the CM/ECF system which will send notification to the following email address:

Charles J. Butler
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683
Washington, DC 20044

s/ James D. Thorburn