# Colorado Marijuana Enforcement Division
# METRC Summons Guide

**Guide Objective**
This guide is created to assist Revenue Agents in obtaining Taxpayer METRC data from the State of Colorado for recreational and medical marijuana businesses beginning January 1, 2014 and thereafter. This guide is not all inclusive and additional information from the State of Colorado may need to be summonsed during the course of an examination.

**The System**
METRC (Marijuana Enforcement Tracking Reporting Compliance) is Colorado's system for state-mandated tracking of marijuana from 'seed to sale'.

The system tracks two things:
1. Gross Sales
2. Movement of inventory by *weight*

Since 01/01/2014, RFID (Radio-Frequency I.D.) tags have been required under state law. The tags come in two varieties:

**Plant Tags**
When a plant moves from the immature (clone or 'plantling') stage into the vegetative ('veg') stage, it gets a 'plant' tag.

**Package Tags**
When a plant is harvested, dried and turned into a 'sellable' product, it gets a 'package' tag.

**Do taxpayers have access to the data?**
Absolutely. Because the system is web-based (with or without the use of third-party software) both the State M.E.D. and each individual licensee has access to their own data.

**What data is available?**
Three data sets are of particular interest to Agents:
- The Gross Annual Sales Report
- Annual Inventory Report
- Ending Inventory Data

***At this time, Agents are able to summons only the <u>Gross Annual Sales Report.</u> As soon as a procedure has been established to obtain inventory data, an updated summons guide will be issued.***

## EXHIBIT 1

## The Gross Annual Sales Report
Lists Gross Sales by day and the totals per annum.  Daily reporting to METRC is required at the close of each business day.  This is a sanitized copy of an actual METRC data dump:

303-205-2399   MXIED

# metrc

## Monthly Sales
From 1/1/2014 to 12/31/2014

Name  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
License  ▇▇▇▇▇▇▇▇
Type  Retail Store

**Total Records: 67**

| Month | Item Category | Quantity Sold | Weight Sold | Dollar Amount | Transactions |
|---|---|---|---|---|---|
| 2014-12 | Infused (non-edible) | 9 | 0 | $251.19 | 5 |
| 2014-12 | Concentrate (Each) | 8 | 0 | $245.25 | 3 |
| 2014-12 | Buds | 0 | 19.4519 | $41,712.05 | 441 |
| 2014-12 | Concentrate | 84 | 0.2237 | $7,201.18 | 72 |
| 2014-12 | Infused (edible) | 215 | 0 | $3,445.51 | 95 |
| 2014-12 | Shake/Trim | 0 | 1.6525 | $1,205.70 | 22 |
| 2014-11 | Concentrate (Each) | 9 | 0 | $302.04 | 6 |
| 2014-11 | Shake/Trim | 0 | 0.8553 | $1,070.04 | 19 |
| 2014-11 | Buds | 0 | 18.0065 | $33,976.73 | 389 |
| 2014-11 | Concentrate | 124 | 0.073 | $6,651.30 | 53 |
| 2014-11 | Infused (edible) | 213 | 0 | $2,761.64 | 90 |
| 2014-11 | Infused (non-edible) | 21 | 0 | $465.83 | 16 |
| 2014-10 | Shake/Trim | 0 | 0.0573 | $160.01 | 4 |
| 2014-10 | Concentrate (Each) | 7 | 0 | $197.22 | 3 |
| 2014-10 | Infused (non-edible) | 29 | 0 | $662.81 | 17 |
| 2014-10 | Buds | 0 | 18.8068 | $75,129.41 | 454 |
| 2014-10 | Concentrate | 63 | 0.0692 | $3,950.89 | 32 |
| 2014-10 | Infused (edible) | 291 | 0 | $3,846.43 | 100 |
| 2014-09 | Infused (non-edible) | 10 | 0 | $609.42 | 10 |
| 2014-09 | Buds | 0 | 33.6642 | $78,678.24 | 803 |
| 2014-09 | Concentrate | 0 | 0.1411 | $2,660.49 | 24 |
| 2014-09 | Infused (edible) | 217 | 0 | $3,451.72 | 96 |
| 2014-03 | Infused (edible) | 395 | 0 | $8,761.42 | 268 |
| 2014-03 | Infused (non-edible) | 102 | 0 | $3,072.69 | 65 |
| 2014-03 | Shake/Trim | 0 | 0.2844 | $1,048.85 | 61 |
| 2014-02 | Buds | 15 | 3.048 | $31,652.09 | 476 |
| 2014-02 | Concentrate | 107.04 | 0.0188 | $7,877.49 | 60 |
| 2014-02 | Infused (edible) | 425 | 0.0018 | $7,250.05 | 216 |
| 2014-02 | Infused (non-edible) | 204.0765 | 0.011 | $5,021.03 | 139 |
| 2014-02 | Shake/Trim | 0 | 0.5859 | $2,343.90 | 115 |
| 2014-01 | Infused (edible) | 262 | 0 | $4,288.60 | 112 |
| 2014-01 | Shake/Trim | 0 | 0.4101 | $1,859.18 | 15 |
| 2014-01 | Buds | 24.5 | 0.6822 | $83,276.17 | 199 |
| 2014-01 | Concentrate | 1,024 | 0 | $27,753.98 | 29 |
| 2014-01 | Infused (non-edible) | 781 | 0 | $10,307.59 | 24 |
| | Totals: | 6554.6105 | 240.3193455 | | 75027147 |

Powered by Franwell, Inc. ©2016

RECEIVED BY IRS-EEFAX

CONFIDENTIAL
Page 1 of 2

**How do I summons the data?**
Agents should first consider asking for the data from the taxpayer.  Should the taxpayer be unable (or unwilling) to provide the data, summons the M.E.D.

Likewise, Agents must use their professional judgment in assessing the sufficiency and competency of tendered evidence.  If the evidentiary matter provided by the taxpayer is in an unusable (or suspect) form, summons the M.E.D

### Recommended IDR/Summons Language

Under NO CIRCUMSTANCES should Agents issue 'shotgun' summonses requesting 'all available data', 'all METRC data' or similarly vague or over-broad terms.

**For Gross Sales:**
"Copy of METRC Annual Gross Sales Report for TAXPAYER [XX-XXXXXXX] for the taxable year ended December 31, 20XX."

- The Service has successfully summonsed the state M.E.D. using the language above.

**If I summons the State M.E.D., where do I send the summons?**
Send the summons to the following address:

> COLORADO DEPARTMENT OF REVENUE
> MARIJUANA ENFORCEMENT DIVISION
> ATTN: JULIE POSTLETHWAIT
> 1697 COLE BLVD, SUITE 200
> LAKEWOOD, COLORADO, 80401

Ensure that you include your E-FAX NUMBER in the summons.  The data will arrive in Adobe® .*pdf* format.

*Current Address*
*As of  01-27-2017*
*RW*

## ADDITIONAL PROCEDURES REQUIRED BY THE STATE OF COLORADO

In order to protect the due process rights of taxpayers, the State M.E.D. requested (and the Service has agreed to) additional procedural requirements upon initial summons issue.

1. Include a copy of your signed **Service of Summons, Notice and Recordkeeper Certificates** with your summons to the state M.E.D. This provides the State evidence that the taxpayer has, in fact, been notified of the summons:



2. Include a copy of your certified mail return receipt 'white tags' for the State M.E.D and the taxpayer:





If you have any questions concerning summonsing the State M.E.D. or the METRC system, contact:

Kelly S. Tipton
Internal Revenue Agent
Fort Collins Colorado
970-495-1346

kelly.s.tipton@irs.gov