| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0002 |
|---|---|---|
| To: *(Name of Taxpayer and Company Division or Branch)*<br>CSW Consulting | Subject<br>Additional Request | |
| | SAIN number | Submitted to:<br>CSW Consulting |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201312; 201412; 201512

There are still several items that have not been provided from the original IDR. Please provide them as soon as possible as these items are delinquent.

Additionally, please provide copies of the following items:

- A detailed explanation of all the cost listed under Cost of Good Sold and how they are related to the production and sale of marijuana, and how they would qualify under Tres. Reg. 1.471-11
- A copy of your filed 2016 federal tax return

Information due by  10/06/2017          At next appointment  [X]   Mail in  [ ]

| From: | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>09/27/2017 |
|---|---|---|---|
| | Office Location:   12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

# EXHIBIT 4