**Department of the Treasury
Internal Revenue Service**
Small Business and Self-Employed
12600 W Colfax Ave Suite c300
MS 4161 DH
Lakewood  CO  80215

CARL S WEMHOFF
4465 W 94TH AVE
WESTMINSTER  CO  80031-3160

Date:
December 19, 2017
Taxpayer ID number (last 4 digits):
0994
Tax year:
December 31, 2014 through 2015
Form number:
1040
Person to contact:
David Hewell
Employee ID number:
08-98924
Contact telephone number:
720-956-4675
Contact fax number:
888-765-1496

## Confirmation

Dear  CARL S WEMHOFF:

This letter is provided to confirm an appointment to examine your federal income tax return for the year(s) shown above.

Place: 5460 S. Quebec St. Suite 310
Greenwood Village, CO 80111

Date: January 17, 2018

Time: 9:00    AM

### What to expect at the examination

The examination is scheduled to last approximately    8    hours. During the examination, I will review the items requested in the Information Document Request previously sent to you. It is important that you bring all the items listed on the Information Document Request to the appointment. My goal is to complete your examination at the initial meeting. However, depending on the results of this initial meeting and the supporting items you provide, I may ask you to provide additional items and/or schedule a follow-up meeting. At the completion of the examination, you may owe additional tax, be due a refund, or there may be no change to your return.

A video presentation, "Your Guide to an IRS Audit", is available at **http://www.irsvideos.gov/audit**. The video explains the examination process and will assist you in preparing for your audit.

### Who may come to the examination

If you filed a joint return, you and/or your spouse may attend. You may also have someone represent you at the examination. If you will not attend with your representative, you must provide a completed Form 2848, *Power of Attorney*, or Form 8821, *Tax Information Authorization*, by the start of the examination. You can obtain these forms from our office, from our web site, www.irs.gov, or by calling (800) 829-3676.

Letter 3573 (Rev. 1-2017)
Catalog Number 34403N

**EXHIBIT 6**

**What will happen if you do not keep the appointment**

If you do not keep your appointment or provide the requested records, we will issue an examination report showing additional tax due. Therefore, it is to your advantage to keep your appointment and provide the records. If you are uncertain about the records needed or the examination process, please do not hesitate to call the phone number listed above.

Sincerely,

David J. Hewell
Revenue Agent

Enclosures:

Letter 3573 (Rev. 1-2017)
Catalog Number 34403N

**EXHIBIT 6**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch)<br>CARL S WEMHOFF | Subject<br>Initial Document Request |
|---|---|
| | SAIN number | Submitted to:<br>CARL S WEMHOFF |
| Please return Part 2 with listed documents to requester identified below | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201312; 201412; 201512; 201612

In the examination of your federal tax return for the years 2013, 2014, 2015, & 2016, please provide copies of the following:

1. Banking statements, both personal and business, from December 01, 2012 through January 31, 2017

In regards to your business CSW Consulting, AKA Colorado Colitas LLC, DBA Herbal Remedies, the following items are still outstanding from prior request regarding the federal examination of 2013, 2014, and 2015 years. Please provide copies:

1. Articles of Incorporation with any recorded minutes
2. Reconciliation of all Shareholder capital accounts and basis
3. A complete General Ledger for all years (The one provided is redacted and incomplete)
4. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports
5. METRC annual sales report
6. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
7. Bank reconciliations with monthly bank statements available during appointment
8. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.

In regards to your business CSW Consulting, AKA Colorado Colitas LLC, DBA Herbal Remedies please provide the following for use in the examination of the 2016 year:

1. Reconciliation of all Shareholder capital accounts and basis
2. Profit & Loss Statement and Balance Sheet
3. General Ledger and subsidiary ledgers, including but not limited to, accounts receivable, accounts payable, etc.
4. Sales Journal, Cash Receipts and Disbursements Journals, i.e. Check Register.
5. Point-of-sale system/register Z-journal or point-of-sales annual sales report and monthly sales reports

Information due by 01/17/2018     At next appointment [X]    Mail-in [ ]

From:

| Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>12/19/2017 |
|---|---|---|
| Office Location:  12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K     www.irs.gov     Part 2 - To be Returned by Taxpayer with Reply     Form **4564** (Rev. 9-2006)

**EXHIBIT 6**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0001 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>CARL S WEMHOFF | Subject<br>Initial Document Request | |
|---|---|---|
| | SAIN number | Submitted to:<br>CARL S WEMHOFF |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201312; 201412; 201512; 201612

6. METRC annual sales report
7. Computation of Cost of Goods Sold, including Cost of Goods Manufactured, Direct Materials, Direct Labor and Indirect Production Cost allocations
8. Bank reconciliations with monthly bank statements available during appointment
9. Detailed documents to support all loan receivables and payables, including but not limited to, loan agreements, payment schedules, etc.
10. Accountant's workpapers regarding:
    i. Year-end worksheet reconciling books to return, including working trial balance.
    ii. Year-end Adjusting Journal Entries and Closing Entries
    iii. Year-end Bank Reconciliation's
11. Audited financials, if any.
12. Employment Tax Returns etc., form 940's, 941, W-2's and W-3's and other information returns such as form 1099's

Information due by  01/17/2018         At next appointment  [X]     Mail in [ ]

| From: | Name and Title of Requester<br>David Hewell, Revenue Agent | Employee ID number<br>08-98924 | Date (mmddyyyy)<br>12/19/2017 |
|---|---|---|---|
| | Office Location:   12600 W Colfax Ave Suite c300<br>MS 4161 DH<br>Lakewood, CO 80215 | | Phone: 720-956-4675<br>Fax: 888-765-1496 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

**EXHIBIT 6**



**Department of the Treasury**
**Internal Revenue Service**
**Publication 1**
(Rev. September 2012)
Catalog Number 64731W
www.irs.gov

# Your Rights as a Taxpayer

*The first part of this publication explains some of your most important rights as a taxpayer. The second part explains the examination, appeal, collection, and refund processes. This publication is also available in Spanish.*

## Declaration of Taxpayer Rights

### I. Protection of Your Rights

IRS employees will explain and protect your rights as a taxpayer throughout your contact with us.

### II. Privacy and Confidentiality

The IRS will not disclose to anyone the information you give us, except as authorized by law. You have the right to know why we are asking you for information, how we will use it, and what happens if you do not provide requested information.

### III. Professional and Courteous Service

If you believe that an IRS employee has not treated you in a professional, fair, and courteous manner, you should tell that employee's supervisor. If the supervisor's response is not satisfactory, you should write to the IRS director for your area or the center where you file your return.

### IV. Representation

You may either represent yourself or, with proper written authorization, have someone else represent you in your place. Your representative must be a person allowed to practice before the IRS, such as an attorney, certified public accountant, or enrolled agent. If you are in an interview and ask to consult such a person, then we must stop and reschedule the interview in most cases.

You can have someone accompany you at an interview. You may make sound recordings of any meetings with our examination, appeal, or collection personnel, provided you tell us in writing 10 days before the meeting.

### V. Payment of Only the Correct Amount of Tax

You are responsible for paying only the correct amount of tax due under the law—no more, no less. If you cannot pay all of your tax when it is due, you may be able to make monthly installment payments.

### VI. Help With Unresolved Tax Problems

The Taxpayer Advocate Service can help you if you have tried unsuccessfully to resolve a problem with the IRS. Your local Taxpayer Advocate can offer you special help if you have a significant hardship as a result of a tax problem. For more information, call toll free 1–877–777–4778 (1–800–829–4059 for TTY/TDD) or write to the Taxpayer Advocate at the IRS office that last contacted you.

### VII. Appeals and Judicial Review

If you disagree with us about the amount of your tax liability or certain collection actions, you have the right to ask the Appeals Office to review your case. You may also ask a court to review your case.

### VIII. Relief From Certain Penalties and Interest

The IRS will waive penalties when allowed by law if you can show you acted reasonably and in good faith or relied on the incorrect advice of an IRS employee. We will waive interest that is the result of certain errors or delays caused by an IRS employee.

## THE IRS MISSION

*PROVIDE AMERICA'S TAXPAYERS TOP QUALITY SERVICE BY HELPING THEM UNDERSTAND AND MEET THEIR TAX RESPONSIBILITIES AND BY APPLYING THE TAX LAW WITH INTEGRITY AND FAIRNESS TO ALL.*

**EXHIBIT 6**