| | | | |
|---|---|---|---|
| **Taxpayer Name:** | | **Examiner:** | |
| **TIN:** | | | |
| **Tax Form:** | 1120S | **Date:** | 09/07/2017 |
| | | | 2/21/2018 |
| **Tax Year (s):** | 201412, 201512 | | |

### 401 - Purchases Lead Sheet

METRC data does not track purchases other than tracking the amount of marijuana product transferred in, this report only tracks the amounts, not the costs; therefore, there are no verification in METRC's to support any COGS.

**ISSUE:**

**CONCLUSION:**

401 - Purchases Lead Sheet
Rev. 9/2005

Workpaper #   401   -1.3

**EXHIBIT 12**