IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-mc-00030-PAB

CSW CONSULTING, Inc., a Colorado corporation;
COLORADO COLITAS, LLC, d/b/a HERBAL
REMEDIES, a Colorado limited liability company;
and CARL S. WEMHOFF,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

## UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT WITH RESPECT TO MOTION TO DISMISS AMENDED PETITION AND ENFORCE SUMMONSES

The United States moves for permission to exceed, by ten pages, the 15-page limit applicable to motions, set forth in section III.A. of the Court's Practice Standards. The United States seeks this relief with respect to its forthcoming response to Petitioners' 34-page Amended Petition. The United States intends to file a Motion to Dismiss Amended Petition and Enforce Summonses, which, if the Court permits, will not exceed 25 pages. Pursuant to D.C.COLO. LCivR 7.1(b), counsel for the United States has conferred with counsel for Petitioners, who do not oppose the relief sought here.

In support of this motion, the United States avers as follows:

1.    On February 2, 2018, Petitioners filed their original Petition to Quash Summonses. The Petition sought to quash three summonses the IRS issued in connection with audits of businesses that traffic in marijuana, which is a federally controlled substance, and the

1

businesses' owner.  Petitioners' effort is part of an ongoing campaign to prevent the IRS from enforcing 26 U.S.C. § 280E, which denies tax deductions associated with trafficking in controlled substances.

2. The Petition consisted of 26 pages.  It made several arguments in both the factual and argument sections, including statutory, constitutional, and procedural arguments, and cited a variety of cases.  To respond to the Petition in a comprehensive manner, therefore, the United States moved to exceed the 15-page limit by five pages with respect to its Motion to Dismiss Petition and Enforce Summonses.  (Doc. 2.)  On March 19, 2018, the Court granted the United States' motion to exceed the page limit.  (Doc. 3.)

3. On March 20, 2018, the United States filed its Motion to Dismiss Petition and Enforce Summonses (Doc. 4), which consisted of 20 pages.

4. On April 10, 2018, rather than respond to the United States' motion, Petitioners filed an Amended Petition.  (Doc. 7.)  The Amended Petition now consists of 34 pages.  It makes precisely the same arguments as the original petition, but also includes at least two new, significant arguments.  Moreover, the Amended Petition essentially functions as a motion to quash the IRS summonses.  Petitioners thus used 34 pages to state their arguments for seeking that relief.  Through these arguments, Petitioners challenge the IRS's broad information-gathering authority under 26 U.S.C. § 7602.  They seek to establish a precedent that would have far-reaching consequences.

5. The United States thus needs to address each of the arguments Petitioners make in their Amended Petition.  To do so, even in the most succinct manner, through a comprehensive brief that concisely states the relevant background, including the standard on a motion to enforce summonses, the United States needs an additional ten pages beyond the Court's 15-page limit for

such motions. That extension on the page limit would give the United States 25 pages to respond to Petitioners' 34-page Amended Petition.

WHEREFORE, the United States respectfully requests permission to exceed the 15-page limit by ten pages with respect to its forthcoming Motion to Dismiss Amended Petition and Enforce Summonses, which would not exceed 25 pages.

Dated: April 18, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Charles J. Butler*
CHARLES J. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Of Counsel:*
ROBERT C. TROYER
United States Attorney

*Attorneys for United States of America*

CERTIFICATE OF SERVICE

     I hereby certify that on April 18, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

    James David Thorburn (jthorburn@thorburnwalker.com)
    Richard Allan Walker (rwalker@thorburnwalker.com)
    Thorburn Walker LLC
    5460 South Quebec Street, Suite 330
    Greenwood Village, Colorado 80111

    *Counsel for Petitioners*

                                            */s/ Charles J. Butler*
                                            CHARLES J. BUTLER
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice