## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-mc-00030-PAB

CSW Consulting, Inc., a Colorado
corporation; Colorado Colitas, LLC,
d/b/a Herbal Remedies, a Colorado
limited liability company; and,
Carl S. Wemhoff, an individual.

Petitioners,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

Respondent.

---

### PETITIONERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS

---

PETITIONERS, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), submit the following Motion to Extend Time to Respond to Respondent's Motion to Dismiss as follows:

### DUTY TO CONFER

Pursuant to D.C.COLO.LCiv R 7.1,(a) Petitioners' counsel has conferred with counsel for the Respondent, who does not object to the relief sought in this motion.

1.      The Respondent filed its Motion to Dismiss on April 24, 2018.

2.      The Petitioners' Response is now due May 15, 2018.

3.      The Petitioners request an extension of time up to and including May 22, 2018 to Respond.

4.     Counsel for the Petitioners has oral argument on May 15, 2018, in the Tenth Circuit (*Alpenglow Botanicals, LLC, et.al. v. United States*, Case No. 17-1223), and will be preparing for it leading up to that date.

5.     A brief extension of time will allow counsel to appropriately prepare for oral argument while also being able to draft a response that is in the Petitioners' best interests.

6.     No party will be unfairly prejudiced by this brief extension of time.


WHEREFORE, the Petitioners request that this Court grant an extension of time up to and including May 22, 2018 to allow the Petitioners to file a Response to Respondent's Motion to Dismiss and for such other and further relief as the Court deems proper.


Dated: April 30, 2018


Respectfully submitted,

THORBURN WALKER, LLC

*s/ James D. Thorburn*
James D. Thorburn
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, CO 80111
(303) 646-3482
jthorburn@thorburnwalker.com

*s/ Richard Walker*
Richard Walker
Attorney for the Petitioners
5460 South Quebec Street, Suite 310
Greenwood Village, CO 80111
(303) 646-3482
rwalker@thorburnwalker.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I electronically filed the above and foregoing using the CM/ECF system which will send notification to the following email address:

Charles J. Butler
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683
Washington, DC 20044

_s/ James D. Thorburn_____