# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-mc-00030-PAB

CSW Consulting, Inc., a Colorado
corporation; Colorado Colitas, LLC,
d/b/a Herbal Remedies, a Colorado
limited liability company; and,
Carl S. Wemhoff, an individual.

Petitioners,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

Respondent.

---

## UNOPPOSED MOTION FOR WITHDRAWAL OF RICHARD A. WALKER AS ATTORNEY FOR PETITIONER

---

1. Richard A. Walker is currently designated as counsel in the above captioned case.

2. Pursuant to D.C.COLO.LAttyR5(b), Richard A. Walker no longer represents the Plaintiffs and now desires to withdraw his appearance and requests leave therefor.

3. Prior notice has been given to counsel's previous above clients, and to counsel for the Respondent, none of which object to this motion.

4. James D. Thorburn remains as counsel for the Plaintiffs.

Dated: October 8, 2020                /s/ *Richard A. Walker*
                                      Richard A. Walker

## CERTIFICATE OF SERVICE PURSUANT TO F.R.C.P. 5

I hereby certify that on October 8, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following:

Colorado Department of Revenue
Marijuana Enforcement Division
1707 Cole Blvd., Suite 300
Lakewood, CO 80401

Charles J. Butler
Trial Attorney
U. S. Department of Justice, Tax Division
P.O. Box 683
Washington, DC 20044
Tel: 202-514-6062
Fax: 202-307-0054


*/s/ James D. Thorburn*