IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 18-mc-00030-PAB

CSW CONSULTING, INC., a Colorado corporation,
COLORADO COLITAS, LLC, d/b/a/ HERBAL REMEDIES, a Colorado limited liability company, and
CARL S. WEMHOFF,

    Petitioners,

v.

UNITED STATES OF AMERICA, through its agency the INTERNAL REVENUE SERVICE,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 17] of Chief United States District Judge Philip A. Brimmer entered on December 15, 2020, it is

ORDERED that the United States' Motion to Dismiss Amended Petition and Enforce Summonses [Docket No. 10] is GRANTED.  The summonses issued to U.S. Bank National Association, Wells Fargo Bank N.A., and the Colorado Marijuana Enforcement Division are ENFORCED pursuant to 26 U.S.C. § 7604.  It is further

ORDERED that petitioners' Amended Petition to Quash Summonses [Docket No. 7] is DISMISSED.  It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 15th day of December, 2020.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
       Deputy Clerk